UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAD PACKER, on behalf of 1-800 FLOWERS.COM, INC., <br><br> Plaintiff, <br><br> -against- <br><br> RAGING CAPITAL MANAGEMENT, LLC, RAGING CAPITAL MASTER FUND, LTD., WILLIAM C. MARTIN, and 1-800-FLOWERS.COM, INC. <br><br> Defendants. | Case No. 15-CV-5933 (JML) <br><br> <u>NOTICE OF MOTION</u> |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated December 6, 2022 and upon all pleadings and proceedings had herein, defendants Raging Capital Management, LLC, Raging Capital Master Fund, Ltd., and William C. Martin will move this Court before the Honorable James M. Wicks, United States Magistrate Judge, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be set by the Court, for an Order dismissing the case for lack of standing.

Dated: New York, New York
December 7, 2022

OLSHAN FROME WOLOSKY LLP

By: */s/ Thomas J. Fleming*
Thomas J. Fleming
Theodore J. Hawkins
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300

*Attorneys for Defendants
Raging Capital Management, LLC,
Raging Capital Master Fund, Ltd.,
and William C. Martin*

11903033-4