UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAD PACKER, derivatively on behalf of 1-800-FLOWERS.COM, INC., <br><br> Plaintiff, <br><br> – against – <br><br> RAGING CAPITAL MANAGEMENT, LLC, RAGING CAPITAL MASTER FUND, LTD, WILLIAM C. MARTIN and 1-800-FLOWERS.COM, INC., <br><br> Defendants. | Case No. 2:15-cv-05933-JMW <br><br> NOTICE OF APPEAL |

**NOTICE IS HEREBY GIVEN** that Plaintiff Brad Packer, derivatively on behalf of 1-800-Flowers.com, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment (Docket No.116) entered March 13, 2023, and the Opinion and Order (Docket No. 115) entered March 13, 2023, granting Defendants' motion to dismiss the action for lack of standing under Article III of the United States Constitution.

Dated: New York, New York
March 14, 2023

                                                   */s/ Glenn F. Ostrager*
                                                 Glenn F. Ostrager
                                                 Joshua S. Broitman
                                                 Roberto L. Gomez
                                                 Ostrager Chong Flaherty
                                                   & Broitman P.C.
                                                 437 Madison Avenue, 24th Floor
                                                 New York, New York 10022
                                                 Tel.: (212) 681-0600
                                                 Email: *gostrager@ocfblaw.com*
                                                                       *jbroitman@ocfblaw.com*
                                                                       *rgomez@ocfblaw.com*

>Paul D. Wexler
>Attorney at Law
>437 Madison Avenue, 24th Floor
>New York, New York 10022
>Tel.: (917) 743-6072
>Email: *pdw@paulwexlerlaw.com*
>
>*Attorneys for Plaintiff Brad Packer*